```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08550
   GREGORY POWELL
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7671

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 04/09/2008 and was confirmed 10/27/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

   The case was dismissed after confirmation 02/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
FIDELITY NATIONAL TITLE    CURRENT MORTG     800.00           .00           800.00
SHOREBANK                  CURRENT MORTG        .00           .00              .00
SHOREBANK                  MORTGAGE ARRE   52358.53           .00           754.44
VILLAGE OF LYNWOOD         SECURED             .00            .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         7680.72           .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        5405.02           .00              .00
ROBERT J ADAMS & ASSOC     PRIORITY       NOT FILED           .00              .00
AFNI                       UNSECURED      NOT FILED           .00              .00
BROOKINS & WILSON          UNSECURED      NOT FILED           .00              .00
CBE GROUP                  UNSECURED      NOT FILED           .00              .00
COMCAST                    UNSECURED      NOT FILED           .00              .00
CREDIT PROTECTION          UNSECURED      NOT FILED           .00              .00
DEPENDON COLLECTION        UNSECURED      NOT FILED           .00              .00
FNCS                       UNSECURED      NOT FILED           .00              .00
HISKES DILLNER ET AL ATT   UNSECURED        3326.70           .00              .00
REAL PEOPLE REALTY         UNSECURED      NOT FILED           .00              .00
VILLAGE OF LYNWOOD         UNSECURED         500.00           .00              .00
SHOREBANK                  NOTICE ONLY    NOT FILED           .00              .00
FIDELITY NATIONAL TITLE    MORTGAGE ARRE   3000.00            .00             43.23
CHRISTINE AVILA            SECURED             .00            .00              .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      6.33            .00              6.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     3,500.00                         3,500.00
TOM VAUGHN                 TRUSTEE                                            396.00
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  5,500.00

PRIORITY                                          6.33

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 08550 GREGORY POWELL
```

```
SECURED                                                    1,597.67
UNSECURED                                                       .00
ADMINISTRATIVE                                             3,500.00
TRUSTEE COMPENSATION                                         396.00
DEBTOR REFUND                                                   .00
                                      ----------------   ----------------
TOTALS                                       5,500.00           5,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 03/05/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```